

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2013

No. 04-12-00434-CV

**SERENGETI RESORT, LLC** and Lori Hagee,
Appellants

v.

**ESPERANZA PROPERTIES, LP,** Esperanza Properties GP, and Louis Scott Felder
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-094
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellee's first motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before July 1, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2013.

_____
Keith E. Hottle
Clerk of Court